**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| POLYGON US CORPORATION , | |
| Plaintiff, | CIVIL ACTION NO. 3:12-923 |
| v. | |
| DIVERSIFIED INFORMATION TECHNOLOGIES f/k/a/ DIVERSIFIED RECORDS SERVICES, INC., | (JUDGE CAPUTO) |
| Defendant. | |

**ORDER**

**NOW**, this 29th day of May, 2012, **IT IS HEREBY ORDERED** that Plaintiff Polygon US Corporation is given leave to file an amended complaint within **twenty-one (21) days** from the date of this order. If Plaintiff fails to do so, the action will be dismissed.

        /s/ A. Richard Caputo
        A. Richard Caputo
        United States District Judge