**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

POLYGON US CORPORATION ,

    Plaintiff,

        v.

DIVERSIFIED INFORMATION

TECHNOLOGIES f/k/a/ DIVERSIFIED

RECORDS SERVICES, INC.,

    Defendant.

CIVIL ACTION NO. 3:12-923

(JUDGE CAPUTO)

**ORDER**

**NOW**, this 29th day of May, 2012, **IT IS HEREBY ORDERED** that Plaintiff Polygon US Corporation is given leave to file an amended complaint within **twenty-one (21) days** from the date of this order.  If Plaintiff fails to do so, the action will be dismissed.

    /s/ A. Richard Caputo

A. Richard Caputo
United States District Judge