**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

POLYGON US CORPORATION,

    Plaintiff,

        v.

DIVERSIFIED INFORMATION TECHNOLOGIES f/k/a DIVERSIFIED RECORDS SERVICES, INC.,

    Defendants.

CIVIL ACTION NO. 3:CV-12-0923

(JUDGE CAPUTO)

## ORDER

**NOW**, this 31st day of October, 2012, **IT IS HEREBY ORDERED** that Defendant Diversified Information Technologies f/k/a Diversified Records Services, Inc.'s Motion to Dismiss the Amended Complaint (Doc. 8) is **DENIED**. Defendant Diversified Information Technologies f/k/a Diversified Records Services, Inc. shall file an answer to Polygon US Corporation's Amended Complaint **within twenty-one (21) days** from the date of entry of this Order.

                                          /s/ A. Richard Caputo
                                          A. Richard Caputo
                                          United States District Judge